| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jeffrey Ray Landin<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1348<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Minnesota | | Date case filed for chapter: 7   4/21/21 |
| Case number: 21–40702 – MER | | |

**You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn**

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey Ray Landin | |
| 2. | **All other names used in the last 8 years** | asf Easy Clean Services, LLC, dba Easy Clean Services | |
| 3. | **Address** | 5060 Topper Ln NE<br>Minneapolis, MN 55421 | |
| 4. | **Debtor's attorney**<br>Name and address | Andrew C. Walker<br>Walker & Walker Law Offices PLLC<br>4356 Nicollet Ave S<br>Minneapolis, MN 55409 | Contact phone: 612–824–4357<br>Email: curtwalkerbky@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Julia A. Christians<br>Lapp, Libra, Stoebner & Pusch, Chartered<br>120 South Sixth Street<br>Suite 2500<br>Minneapolis, MN 55402 | Contact phone: 612–338–5815<br>Email: jchristians@lapplibra.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday: 8:00am – 5:00pm<br>Contact phone: (612)–664–5200<br>Web address: www.mnb.uscourts.gov<br><br>Date: 4/22/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 24, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Video/teleconference *ONLY*, Contact trustee (see Section 5), for direction** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 7/23/21**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied<br>   under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 7/23/21** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:  
Jeffrey Ray Landin  
    Debtor

Case No. 21-40702-MER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 22, 2021      Form ID: 309A      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Ray Landin, 5060 Topper Ln NE, Minneapolis, MN 55421-1546 |
| smg | + | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62668594 | | Fortiva Credit Card Home Depot, PO Box 105555, Atlanta GA 30348-5555 |
| 62668599 | | Monarch Recovery Management, 3260 Tillman Dr, Suite 75, Bensalem, PA 19020-2059 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: curtwalkerbky@gmail.com | Apr 22 2021 22:11:00 | Andrew C. Walker, Walker & Walker Law Offices PLLC, 4356 Nicollet Ave S, Minneapolis, MN 55409 |
| tr | + | Email/Text: lfrey@lapplibra.com | Apr 22 2021 22:12:00 | Julia A. Christians, Lapp, Libra, Stoebner & Pusch, Chartered, 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402-1826 |
| smg | + | EDI: MINNDEPREV.COM | Apr 23 2021 01:23:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 22 2021 22:11:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62668592 | + | EDI: CITICORP.COM | Apr 23 2021 01:23:00 | Best buy/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 62668593 | | EDI: CAPITALONE.COM | Apr 23 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 6492, Carol Stream, IL 60197-6492 |
| 62668595 | + | EDI: CITICORP.COM | Apr 23 2021 01:23:00 | Home Depot Credit Services, P O Box 790328, St. Louis, MO 63179-0328 |
| 62668596 | | EDI: IRS.COM | Apr 23 2021 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 62668597 | | EDI: RMSC.COM | Apr 23 2021 01:23:00 | Lowe's/Synchrony Bank, Attn Bankrtupcy Dept, PO Box 965060, Orlando FL 32896-5060 |
| 62668598 | + | EDI: MINNDEPREV.COM | Apr 23 2021 01:23:00 | Minnesota Department of Revenue, 551 Bkcy Section, PO Box 64447, St Paul MN 55164-0447 |
| 62668600 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2021 22:11:00 | Nelnet Education, PO Box 82561, Lincoln NE 68501-2561 |
| 62668601 | + | EDI: RMSC.COM | Apr 23 2021 01:23:00 | Paypal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 62668602 | + | Email/Text: birminghamtops@sba.gov | Apr 22 2021 22:12:10 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 62668603 | + | EDI: RMSC.COM | Apr 23 2021 01:23:00 | Synchrony Bank DR POWER, Attn: Bankruptcy Dept, PO Box 965064, Orlando FL 32896-5064 |
| 62668605 | | EDI: TDBANKNORTH.COM | | |

District/off: 0864-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 22, 2021 | Form ID: 309A | Total Noticed: 22

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 62668604 | + | EDI: WTRRNBANK.COM | Apr 23 2021 01:23:00 | TD Bank, N.A., 1701 Route 70 East, Cherry Hill NJ 08034 |
| 62668606 | | EDI: USBANKARS.COM | Apr 23 2021 01:23:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 62668607 | | EDI: WFFC.COM | Apr 23 2021 01:23:00 | US Bank, PO Box 5227, Cincinnati, OH 45202-5227 |
| | | | Apr 23 2021 01:23:00 | Wells Fargo Bank, c/o Customer Management, PO Box 95225, Albuquerque, NM 87199-5225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Jeffrey Ray Landin curtwalkerbky@gmail.com notices@bankruptcytruth.com |
| Julia A. Christians | jchristians@lapplibra.com lfrey@lapplibra.com;MN0A@ecfcbis.com;sgelhar@lapplibra.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3